# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON HADIDA,<br><br>Defendant. | Case No. 2:87-cr-00314-KJD-VCF<br><br>**ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the indictment and quashes the arrest warrant in this case against defendant Aaron Hadida.

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ *Ronald L. Cheng*
RONALD L. CHENG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal.

Dated: August 17, 2021.

_____
THE HON. KENT J. DAWSON
United States District Judge

3